# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| MARTELL ANTWON MINGO, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | Case No. CV614-099 |
| UNITED STATES OF AMERICA, | ) ) | CR612-018 |
| Respondent. | ) ) | |

## REPORT AND RECOMMENDATION

Martell Antwon Mingo's unopposed motion to dismiss his 28 U.S.C. § 2255 motion should be **GRANTED**. CR612-018, doc. 1080. As both parties agree to this result, the Clerk is **DIRECTED** to immediately submit this Report and Recommendation to the assigned district judge, and the January 15, 2015 evidentiary hearing is cancelled.

**SO REPORTED AND RECOMMENDED** this  12th  day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA