AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 22  PM 3: 29

CLERK
SO. DIST. OF GA.

United States of America

v.

Martell Antwon Mingo, aka
"Dan The Man"

Date of Original Judgment:        September 4, 2013
Date of Previous Amended Judgment:  N/A
*(Use Date of Last Amended Judgment if Any)*

)
)
)  Case No:    6:12CR00018-19
)
)  USM No:    17774-021
)
)
)  Thomas Charles Rawlings
)  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☐ the defendant    ☐ the Director of the Bureau of Prisons    ☒ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ **months is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___September 4, 2013___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    10/22/15

_____
*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: November 1, 2015
        *(if different from order date)*                    *Printed name and title*